(85 South. 923)

NOEL v. GRIFFIN & SATTERWHITE. (7 Div. 84.) (Supreme Court of Alabama. June 1, 1920.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. Hooton & Vann, of Roanoke, for appellant. N. D. Denson & Sons, of Opelika, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(85 South. 923)

ONE FORD AUTOMOBILE (RHODES, Claimant) v. STATE. (5 Div. 743.) (Supreme Court of Alabama. April 15, 1920.) Appeal from Circuit Court, Tallapoosa County; S. L. Brewer, Judge. P. B. McKenzie, of Tallassee, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellee.

(85 South. 923)

ONE FORD MOTOR TRUCK v. STATE. (6 Div. 971.) (Supreme Court. of Alabama. April 22, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Affirmed on certificate.

(85 South. 923)

ORR et al. v. STEWART. (8 Div. 233.) (Supreme Court of Alabama. Jan. 29, 1920. Rehearing Denied June 3, 1920.) Certiorari to the Court of Appeals. E. C. Nix, of Albany, and E. W. Godbey, of Decatur, for appellants. John R. Sample, of Heartsells, for appellee.

THOMAS, J. Petition of Lattie Orr and others for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of Lattie Orr et al. v. S. E. Stewart, 84 South. 555. Writ denied.

(85 South. 923)

Ex parte PATTERSON. (5 Div. 751.) (Supreme Court of Alabama. Feb. 12, 1920.) Certiorari to Court of Appeals. Petition for certiorari on behalf of E. M. Patterson. Writ denied. For opinion below, see Central of Georgia R. Co. v. Patterson, 12 Ala. App. 369, 68 South. 513. Frank H. De Graffenried, of Seale, for appellant. G. L. Comer, of Eufaula, for appellee.

BROWN, J. The writ of certiorari in this case is denied, on the authority of Postal Telegraph Co. v. Minderhout, 195 Ala. 420, 71 South. 91. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(85 South. 923)

PERRY COUNTY v. TUCKER et al. (2 Div. 700.) (Supreme Court of Alabama. April 22, 1920.) Appeal from Circuit Court, Perry County; Henry F. Reese, Special Judge. W. L. Hogue and C. C. Johnston, both of Marion, for appellant. A. W. Stewart, of Marion, and R. B. Evins of Greensboro, for appellees.

PER CURIAM. Case settled between parties and dismissed by agreement.

(85 South. 923)

SHEFFIELD IRON CORPORATION v. HAND. (8 Div. 232.) (Supreme Court of Alabama. May 20, 1920.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. A. H. Carmichael, of Tuscumbia, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(85 South. 923)

STANSELL v. TREADAWAY et al. (7 Div. 52.) (Supreme Court of Alabama. June 3, 1920.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. C. H. Young, of Anniston, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 203 Ala. 52, 82 South. 12.

(85 South. 924)

SWAIN v. LETSON. (8 Div. 159.) (Supreme Court of Alabama. Feb. 3, 1920.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(85 South. 924)

THOMPSON v. STATE. (8 Div. 230.) (Supreme Court of Alabama. June 3, 1920.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. George Thompson was convicted of murder in the second degree, and he appeals. Affirmed. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

GARDNER, J. Appellant prosecutes this appeal from a judgment of conviction of murder in the second degree. The record has been carefully examined in consultation, and we find nothing calling for discussion or separate treatment here. Suffice it to say, therefore, that upon consideration of this cause no reversible error appears, and the judgment of conviction will accordingly be here affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(85 South. 924)

UNION SPRINGS GUANO CO. v. McLEAN & STEPHENS. (4 Div. 843.) (Supreme Court of Alabama. Feb. 12, 1920.) Appeal from Circuit Court, Bullock County; J. S. Williams, Judge. E. L. Blue, of Union Springs, for appellant. G. E. Jones, of Clayton, for appellee.

PER CURIAM. Appeal dismissed by agreement.